**Order entered April 22, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01011-CR
No. 05-19-01012-CR

**GREGG ALAN AVERITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83259-2018 & 416-81392-2019**

**ORDER**

The State's second motion for an extension of time to file the State's brief is

GRANTED, and the clerk of the court is ordered to file the State's brief tendered

to the Court

/s/    LANA MYERS
        JUSTICE